**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-1999**

WILLIAM R. GEIST, JR.,

                                    Plaintiff - Appellant,

        and

WILLIAM R. ERICSON BROWN, Leaser-Grantor, USE,
United States and Maryland-Personal Properties
Owner Warden/Right of Way, Owner,

                                            Plaintiff,

        versus

RAY J. LEWIS, Officer-Corrections,

                                    Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.  (CA-
05-1963-CCB)

Submitted:  March 24, 2006          Decided:  April 7, 2006

Before MICHAEL, KING, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

William R. Geist, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William R. Geist, Jr., seeks to appeal from the district court's order dismissing his complaint without prejudice because the court was unable to discern the basis of its subject matter jurisdiction from the face of the complaint. Because Geist could remedy his complaint's dismissal by amending the complaint to clarify his claims and the basis for federal subject matter jurisdiction, the district court's order is not reviewable. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1067 (4th Cir. 1993). Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED